UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KALENCIA JACKSON, on her
own behalf and on behalf of
others similarly situated,

                                           CASE NO.:    1:13-cv-03421-TWT

      Plaintiff,

v.

RUNNING RIVER RESTAURANTS
INC., a Domestic Profit Corporation, and
PATRICK D. ELLIS, individually,

      Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, KALENCIA JACKSON ("Plaintiff"), and Defendants, RUNNING RIVER RESTAURANTS, INC., and PATRICK D. ELLIS, ("Defendants") (collectively the "Parties"), by and through their undersigned attorneys and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and jointly respectfully request that this Honorable Court Dismiss this case with prejudice. Plaintiff's claims were resolved in full and the Parties seek entry of final judgment dismissing this case. *See Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1352 (11th Cir. 1982). Additionally, attorneys' fees were agreed upon separately and without regard to the amounts paid to Plaintiff. *Bonetti v. Embarq Management Company*, 715 F. Supp.2d 1222, 1228 (M.D. Fla. 2009). Because Plaintiff received full relief for her claims, the resolution of this matter does not constitute a "compromise," which would involve or necessitate Court review and/or approval. *See MacKenzie v. Kindred Hospitals East, LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla.

2003) (because plaintiff was offered full compensation on his claim, the case did not involve a compromise and there was no need for judicial scrutiny).

WHEREFORE, the Parties Respectfully request that this Honorable Court enter an Order dismissing this case in its entirety with prejudice.

Respectfully submitted this <u>31st</u> day of July, 2014.

| | |
|---|---|
| **/s/ ANDREW FRISCH** | **/s/ J. STEPHEN MIXON** |
| Andrew Frisch, Esq. | J. Stephen Mixon |
| Georgia Bar No: 366105 | Georgia Bar No. 514050 |
| Morgan & Morgan, P.A. | **/s/ ALEX R. ROBERSON** |
| 600 North Pine Island Road, Suite 400 | Alex R. Roberson |
| | Georgia Bar No. 558117 |
| Plantation, Florida 33324 | MILLAR & MIXON, LLC |
| (954) 318-0268 | 1691 Phoenix Boulevard |
| (954) 327-3013 | Suite 150 |
| Email: AFrisch@forthepeople.com | Atlanta, Georgia 30349 |
| | Phone: (770)955-0100 |
| | Fax:(678)999-5039 |
| | Email: steve@mixon-law.com |
| | Email: alex@mixon-law.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |